# MEMORANDA

# CASES NOT REPORTED IN FULL.

---

THE PEOPLE ex rel. FREDERICK S. HIESER, Execu-
tor, Appellant, v. THOMAS B. ASTEN and others,
Respondents.

THE PEOPLE ex rel. WILLIAM MEYER, Appellant, v.
THOMAS B. ASTEN and others, Respondents.

*Chap. 729 of 1872 — duty of board of assessors to file statement of damages.*

Under chapter 729 of 1872, relating to the change of the grade of Eighth avenue
in the city of New York, the board of assessors are required to make and file
in the finance department of the city, a just and equitable statement of the
amount of the damage, loss or injury which the owner or owners of buildings
fronting on the avenue, and opposite to the improvement, sustained by the
change of grade, without reference to any certificate or assessment list received
from any source whatsoever.

Accordingly, *held*, that where the board of assessors refuses to make and file such
statement, on the ground that they had not as yet received from the depart-
ment of public works, a certificate of the completion of the work or any list of
the assessments, a peremptory writ of mandamus should issue, requiring them
to hear and determine the relators' claims and make and file awards, in case the
damages claimed or any part thereof appeared to have been occasioned by the
improvement.

Appeals from orders made at the Special Term, denying motions
for writs of peremptory mandamus.

*H. M. Whitehead*, for relator Hieser. *James A. Deering*, for
relator Meyer. *William Barnes*, for respondent.

Opinion by Daniels, J. Brady, J., concurred.

Orders reversed with ten dollars costs and disbursements, and
writs directed to be issued.